# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| BERNICE TURENTINE | § |
| | § |
| v. | §   CIVIL ACTION NO. 4:22cv971 |
| | §   Judge Mazzant |
| FC LEBANON II, LLC, ET AL | § |

## ORDER ON CLOSING DOCUMENTS

The Court has been advised by U.S. Magistrate Judge Bill Davis, who mediated this case on October 17, 2024, that all claims have been settled.

Therefore, it is **ORDERED** that, on or before *November 18, 2024,* all parties shall file with the Court all papers necessary for the closing of this case and its removal from the active docket of this Court. If such papers are not received by the Court by the scheduled deadline, the Court may order counsel to appear at a hearing for the purpose of determining which party is responsible for the delay. Thereafter, the Court may enter such orders as are just and necessary to ensure prompt resolution of this case.

The Clerk is directed to **CANCEL** the upcoming Final Pretrial Conference, Jury Selection, and Jury Trial.

**IT IS SO ORDERED.**
**SIGNED** this 18th day of October, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE