UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **BERNICE TURENTINE,**<br><br>  Plaintiff,<br><br>v.<br><br>**FC LEBANON II, LLC d/b/a ALAQUA AT FIRSCO GARDEN RISE APARTMENTS aka FL. CAPITAL REAL ESTATE PTRS 26 LTD, and DAYRISE RESIDENTIAL, LLC.**<br><br>  Defendants. | § § § § § § § § § § § § § § §   Case No. 4:22-cv-00971-ALM |

### ORDER

This case is before the Court on the Joint Stipulation of Dismissal submitted by the Parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court finds that the Parties' Joint Stipulation should be, and hereby is, GRANTED.

It is therefore ORDERED that all claims asserted in this action are DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorneys' fees.

The Clerk is directed to CLOSE this civil action.

IT IS SO ORDERED.

SIGNED this 19th day of November, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE